*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

| | |
|---|---|
| In Re: Kim Sang Chao and Naranny Yin | BK No. 1:13–bk–10346 |
| Debtor(s) | Chapter 7 |

*ORDER GRANTING (doc# 26 )*
*Re: Motion to Vacate Order Dismissing Case , filed by Debtors*

After consideration of the pleading(s), it is hereby **ORDERED** that the above entitled document (doc. # 26 ) is **GRANTED** .

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **4/16/13**

Entered on Docket: **4/16/13**
Document Number: **30 – 5, 26**

145.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*